# SilvermanAcampora LLP

Lon J. Seidman
Member of the Firm

Direct Dial: 516.479.6380
Direct Fax: 516.945.6380
LSeidman@SilvermanAcampora.com

April 23, 2009

**By Overnight Mail**
Honorable Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

      RE:     Obayashi Corporation and Peck/Jones-Obayashi v. Alan G. Friedberg
               Adv. Pro. No. 08-9064 (CGM)

Dear Judge Morris:

      This firm is counsel to Plaintiffs Obayashi Corporation and Peck/Jones Obayashi.

      We write pursuant to Local Bankruptcy Rule 7007-1(b) and pursuant to Paragraph 2 of Your Honor's Scheduling Order in order to request an informal discovery conference.

      The parties have a disagreement related to the defendant's objections to plaintiffs' interrogatories.

      A copy of the Plaintiffs' First Set of Interrogatories is annexed as **Exhibit 1.**

      A copy of Defendant's Answers & Objections to Plaintiff's First Set of Interrogatories is annexed as **Exhibit 2.**

      A copy of plaintiffs' letter to defendant's counsel requesting that the objections be withdrawn is annexed as **Exhibit 3.**

      The defendant maintains that the plaintiffs should obtain the information requested by deposition, rather than by interrogatories.

      The plaintiffs maintain that they may obtain the interrogatory answers in advance of the defendant's deposition, especially since the parties appear to be in agreement that it would not be impractical for the defendant to answer the interrogatories.

      Counsel have conferred in good faith but have been unable to resolve this issue.

      We therefore respectfully request an informal conference with the Court.

                                                          Respectfully,

                                                          *s/Lon J. Seidman*

                                                          Lon J. Seidman

LJS/mbw
Enclosure

cc:     Michael Pinsky, Esq. (*by fax and regular U.S. Mail*)
         Jeanne Jorgensen, Esq. (*by fax and regular U.S. Mail*)