# HAYWARD, PARKER & O'LEARY
ATTORNEYS AND COUNSELLORS AT LAW
P. O. BOX 929

GUY J. HAYWARD
MICHAEL O'LEARY

RICHARD L. PARKER
(1946-2006)

MIKE PINSKY

225 DOLSON AVENUE
MIDDLETOWN, NEW YORK 10940

(845) 343-6227
FAX (845) 343-1927

ESSEX COUNTY OFFICE
SARANAC LAKE, N.Y. 12983
(518) 891-7330

October 2, 2009

Hon. Cecelia Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

Re:  Friedberg adv. Obayashi
     Adv. Pro. No. 08-9064 (cgm)

Dear Judge Morris:

This will confirm my discussion with Ms. Fredericks of this afternoon, adjourning the pretrial conference in the above proceeding on the consent of all parties from 10/6/2009 to 12/1/2009 at 11:30 a.m. Thank you for your courtesy.

Very truly yours,

Mike Pinsky

MP/

cc.:  Lon J. Seidman, Esq.
      Alan G. Friedberg